EDITH DORNBUSCH, Respondent, *v.* WILLIAM G. DORN-
BUSCH, Appellant.

*Appeal — motion to dismiss appeal denied.*

Reported below, 220 App. Div. 759.

(Submitted June 20, 1927, decided July 20, 1927.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered May 31, 1927, affirming a
judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the grounds that the excep-
tions were frivolous and presented no question for review.

*Benjamin Frindel* for motion.

*Joseph R. Swan* opposed.

Motion denied, with ten dollars costs.

---

AMERICAN SURETY COMPANY OF NEW YORK, Appellant,
*v.* PHILIPPINE NATIONAL BANK, Respondent.

(Submitted June 22, 1927; decided July 20, 1927.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 245 N. Y.
116.)

---

WILBUR R. SCHOONMAKER, Respondent, *v.* EUGENE D.
BOYER et al., as Executors of WILBUR F. RANDALL,
Deceased, Appellants.

(Submitted July 20, 1927; decided July 20, 1927.)

Motion to amend remittitur granted. Return of
remittitur requested and when returned it will be amended
by adding thereto the following: " Said judgments affirmed
as to dismissal of defendants' counterclaim, with costs."
(See 245 N. Y. 611.)